

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2025

No. 04-25-00610-CR

Marshall Cody **GAGNON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-005676
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 31, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court